# Copyright
United States Copyright Office



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = young passion
Search Results: Displaying 1 of 3 entries

*Young Passion.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001811852 / 2012-10-26
**Application Title:** Young Passion.
**Title:** Young Passion.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-10-17
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT D**