**SHA-1 Hash:** 73D2A617D53196F98228F2629497720ADBBC6CED  **Title:** Young Passion

**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 108.193.37.175 | 10/31/2012 11:54:14 | Winnetka | IL | AT&T Internet Services | BitTorrent |
| 2 | 76.217.13.8 | 11/04/2012 02:40:24 | Buffalo Grove | IL | AT&T Internet Services | BitTorrent |
| 3 | 99.40.244.52 | 10/19/2012 03:01:14 | Batavia | IL | AT&T Internet Services | BitTorrent |
| 4 | 99.94.149.102 | 10/29/2012 16:15:56 | Willowbrook | IL | AT&T Internet Services | BitTorrent |
| 5 | 108.206.198.240 | 11/10/2012 02:30:44 | Warrenville | IL | AT&T U–verse | BitTorrent |
| 6 | 108.207.98.110 | 10/21/2012 04:05:20 | Bolingbrook | IL | AT&T U–verse | BitTorrent |
| 7 | 99.22.30.153 | 10/30/2012 09:59:00 | Schaumburg | IL | AT&T U–verse | BitTorrent |
| 8 | 99.37.177.55 | 10/18/2012 15:45:20 | Saint Charles | IL | AT&T U–verse | BitTorrent |
| 9 | 108.197.21.21 | 10/24/2012 11:32:47 | Chicago | IL | SBC Internet Services | BitTorrent |
| 10 | 108.212.96.8 | 10/19/2012 06:46:32 | Westmont | IL | SBC Internet Services | BitTorrent |
| 11 | 75.27.122.15 | 10/24/2012 23:37:01 | Hoffman Estates | IL | SBC Internet Services | BitTorrent |
| 12 | 99.126.242.58 | 10/30/2012 10:45:51 | Chicago | IL | SBC Internet Services | BitTorrent |
| 13 | 99.55.205.246 | 10/23/2012 20:47:00 | Plainfield | IL | SBC Internet Services | BitTorrent |

EXHIBIT B

NIL29