Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/27/2012 00:25:09 |
| Backstage | 07/17/2012 | 07/18/2012 | 07/19/2012 23:11:18 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/22/2012 00:09:44 |
| Casual Affair | 08/01/2012 | 08/05/2012 | 08/05/2012 11:49:50 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/13/2012 02:15:11 |
| Come To My Window | 07/27/2012 | 07/31/2012 | 08/04/2012 19:36:20 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/13/2012 00:29:23 |
| Dream Come True | 07/13/2012 | 07/20/2012 | 07/15/2012 10:50:18 |
| Foot Fetish | 06/20/2012 | 06/21/2012 | 06/22/2012 08:28:47 |
| Girls Night Out | 11/14/2011 | 11/23/2011 | 08/16/2012 09:23:47 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 10/31/2012 12:01:26 |
| Inspiration | 08/10/2012 | 08/14/2012 | 08/05/2012 11:14:53 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 06/08/2012 08:28:45 |
| On My Own | 06/04/2012 | 06/08/2012 | 06/09/2012 02:00:29 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 10/06/2012 08:37:18 |
| Red Hot | 10/12/2012 | 10/14/2012 | 10/15/2012 10:30:41 |
| Sapphic Experience | 06/11/2012 | 06/14/2012 | 06/15/2012 08:24:40 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/05/2012 01:56:43 |
| Sneak N Peek | 06/01/2012 | 06/01/2012 | 06/09/2012 02:13:02 |
| Soul Mates | 11/07/2012 | 11/15/2012 | 11/10/2012 09:30:04 |
| Transcendence | 07/30/2012 | 07/31/2012 | 07/31/2012 03:37:50 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 08/23/2012 02:49:54 |
| Wild Things | 10/05/2012 | 10/07/2012 | 11/10/2012 02:18:39 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 06/27/2012 21:19:19 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 08/05/2012 01:49:00 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/31/2012 11:54:14 |

**Total Statutory Copyright Infringements for Doe #1: 26**

EXHIBIT C

NIL29

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Backstage 01:00:24 | 07/17/2012 | 07/18/2012 | 09/28/2012 |
| Casual Sex 23:49:00 | 10/31/2012 | 11/07/2012 | 11/06/2012 |
| Coucher Avec une Autre Fille 05:22:07 | 08/13/2012 | 08/14/2012 | 10/08/2012 |
| Girls Night Out 21:13:40 | 11/14/2011 | 11/23/2011 | 09/28/2012 |
| Happy Couple 05:19:23 | 06/25/2012 | 06/25/2012 | 07/24/2012 |
| Her First Threesome 02:46:20 | 07/27/2011 | 05/25/2012 | 09/25/2012 |
| Introducing Diana 03:09:16 | 05/11/2012 | 05/11/2012 | 10/30/2012 |
| Little Lover 17:46:18 | 04/30/2012 | 05/02/2012 | 07/01/2012 |
| Lunchtime Fantasy 01:40:50 | 03/19/2012 | 03/19/2012 | 09/15/2012 |
| Russian Invasion 23:59:30 | 09/26/2012 | 09/28/2012 | 11/06/2012 |
| Soul Mates 23:35:33 | 11/07/2012 | 11/15/2012 | 11/06/2012 |
| Still With Me 02:43:13 | 11/02/2012 | 11/07/2012 | 11/04/2012 |
| Strawberry Blonde 17:47:21 | 06/22/2012 | 06/25/2012 | 07/01/2012 |
| The Masseuse 05:21:31 | 11/25/2011 | 03/08/2012 | 07/24/2012 |
| Three for the Show 03:52:02 | 09/24/2012 | 09/28/2012 | 09/30/2012 |
| Threes Company 21:15:02 | 08/17/2012 | 08/15/2012 | 09/28/2012 |
| Transcendence 12:06:11 | 07/30/2012 | 07/31/2012 | 10/21/2012 |
| Wild Things 05:26:07 | 10/05/2012 | 10/07/2012 | 10/08/2012 |
| Young and Hot 04:21:46 | 06/06/2012 | 06/08/2012 | 09/18/2012 |
| Young Passion 02:40:24 | 10/17/2012 | 10/26/2012 | 11/04/2012 |

EXHIBIT C

NIL29

**Total Statutory Copyright Infringements for Doe #2: 20**

EXHIBIT C

NIL29

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember 23:21:44 | 10/22/2012 | 10/26/2012 | 10/26/2012 |
| Coucher Avec une Autre Fille 14:42:02 | 08/13/2012 | 08/14/2012 | 08/16/2012 |
| Dangerous Game 18:48:47 | 10/10/2012 | 10/14/2012 | 10/12/2012 |
| Farewell 22:49:26 | 08/03/2012 | 08/07/2012 | 08/08/2012 |
| First Love 13:25:38 | 09/05/2012 | 09/25/2012 | 09/09/2012 |
| Happy Couple 21:45:11 | 06/25/2012 | 06/25/2012 | 06/28/2012 |
| Ibiza Love 08:59:08 | 10/27/2012 | 10/28/2012 | 10/30/2012 |
| Morning Tryst 18:17:49 | 07/24/2012 | 07/25/2012 | 07/25/2012 |
| Side by Side 01:42:17 | 09/03/2012 | 09/19/2012 | 09/13/2012 |
| Soul Mates 22:21:37 | 11/07/2012 | 11/15/2012 | 11/12/2012 |
| Still With Me 01:51:22 | 11/02/2012 | 11/07/2012 | 11/03/2012 |
| This Side of Paradise 22:46:55 | 08/19/2012 | 08/21/2012 | 08/20/2012 |
| Three for the Show 20:37:58 | 09/24/2012 | 09/28/2012 | 09/26/2012 |
| Threes Company 15:00:26 | 08/17/2012 | 08/15/2012 | 08/16/2012 |
| Transcendence 01:24:51 | 07/30/2012 | 07/31/2012 | 07/31/2012 |
| Unbelievably Beautiful 22:00:32 | 08/24/2012 | 09/10/2012 | 08/25/2012 |
| Wet Dream 21:01:51 | 07/20/2012 | 07/20/2012 | 07/23/2012 |
| Wild Things 17:58:39 | 10/05/2012 | 10/07/2012 | 10/07/2012 |
| Young Passion 03:01:14 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Statutory Copyright Infringements for Doe #3: 19**

EXHIBIT C

NIL29

Doe #4

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Flexible Beauty 15:24:13 | 10/19/2012 | 10/26/2012 | 10/30/2012 |
| Fucking Perfection 20:47:28 | 06/24/2011 | 05/11/2012 | 08/07/2012 |
| Girls Night Out 13:05:05 | 11/14/2011 | 11/23/2011 | 08/09/2012 |
| Lovers in Paradise 20:45:49 | 12/30/2011 | 03/10/2012 | 08/08/2012 |
| The Rich Girl Part #2 13:03:16 | 11/16/2011 | 11/30/2011 | 08/09/2012 |
| Tiffany Teenagers in Love 10:39:05 | 12/29/2010 | 11/20/2011 | 08/30/2012 |
| Young Passion 16:15:56 | 10/17/2012 | 10/26/2012 | 10/29/2012 |

**Total Statutory Copyright Infringements for Doe #4: 7**

Doe #5

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Dangerous Game 02:40:23 | 10/10/2012 | 10/14/2012 | 11/10/2012 |
| Photo Fantasy 03:30:45 | 09/28/2012 | 09/28/2012 | 09/30/2012 |
| Romantic Memories 01:19:26 | 05/16/2012 | 05/16/2012 | 08/10/2012 |
| Young Passion 02:30:44 | 10/17/2012 | 10/26/2012 | 11/10/2012 |

**Total Statutory Copyright Infringements for Doe #5: 4**

EXHIBIT C

NIL29

Doe #6

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| A Day to Remember 17:18:57 | 10/22/2012 | 10/26/2012 | 10/25/2012 |
| Black Lingerie Bliss 03:59:03 | 09/19/2012 | 09/19/2012 | 09/26/2012 |
| First Love 00:36:12 | 09/05/2012 | 09/25/2012 | 09/08/2012 |
| Kristen Girl Next Door 05:05:52 | 08/25/2010 | 11/18/2011 | 10/07/2012 |
| Morning Memories 06:36:42 | 09/10/2012 | 09/19/2012 | 09/21/2012 |
| Young Passion 04:05:20 | 10/17/2012 | 10/26/2012 | 10/21/2012 |

**Total Statutory Copyright Infringements for Doe #6: 6**

EXHIBIT C

Doe #7

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Close to the Edge 05:59:29 | 08/06/2012 | 08/07/2012 | 08/13/2012 |
| Daddys Office 22:44:08 | 11/12/2010 | 02/21/2012 | 11/04/2012 |
| Dangerous Game 00:43:00 | 10/10/2012 | 10/14/2012 | 10/31/2012 |
| Farewell 12:44:45 | 08/03/2012 | 08/07/2012 | 08/12/2012 |
| First Love 16:41:59 | 09/05/2012 | 09/25/2012 | 09/16/2012 |
| Flexible Beauty 10:35:24 | 10/19/2012 | 10/26/2012 | 11/06/2012 |
| Inspiration 05:48:00 | 08/10/2012 | 08/14/2012 | 08/12/2012 |
| Introducing Kaylee 10:29:46 | 04/01/2012 | 04/03/2012 | 11/06/2012 |
| Lovers in Paradise 18:07:01 | 12/30/2011 | 03/10/2012 | 09/16/2012 |
| Morning Memories 17:29:41 | 09/10/2012 | 09/19/2012 | 09/16/2012 |
| Morning Tryst 06:19:41 | 07/24/2012 | 07/25/2012 | 09/18/2012 |
| On My Own 08:49:05 | 06/04/2012 | 06/08/2012 | 09/18/2012 |
| Photo Fantasy 09:52:46 | 09/28/2012 | 09/28/2012 | 10/31/2012 |
| Soul Mates 21:16:40 | 11/07/2012 | 11/15/2012 | 11/09/2012 |
| Still With Me 11:13:36 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| Teenage Dream 10:34:56 | 05/29/2012 | 06/01/2012 | 11/06/2012 |
| Unbelievably Beautiful 09:21:36 | 08/24/2012 | 09/10/2012 | 10/14/2012 |
| Wild Things 10:02:14 | 10/05/2012 | 10/07/2012 | 10/14/2012 |
| Young Passion 09:59:00 | 10/17/2012 | 10/26/2012 | 10/30/2012 |

**Total Statutory Copyright Infringements for Doe #7: 19**

EXHIBIT C

NIL29

Doe #8

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Dangerous Game 09:35:56 | 10/10/2012 | 10/14/2012 | 10/14/2012 |
| Daydream 15:23:00 | 10/15/2012 | 10/15/2012 | 10/18/2012 |
| Morning Memories 01:19:29 | 09/10/2012 | 09/19/2012 | 09/17/2012 |
| Poolside Romp 18:41:16 | 08/05/2011 | 04/04/2012 | 10/14/2012 |
| Romantic Memories 13:47:14 | 05/16/2012 | 05/16/2012 | 08/24/2012 |
| Three for the Show 09:51:29 | 09/24/2012 | 09/28/2012 | 10/18/2012 |
| Threes Company 19:03:50 | 08/17/2012 | 08/15/2012 | 08/22/2012 |
| Tiffany Teenagers in Love 23:13:25 | 12/29/2010 | 11/20/2011 | 08/29/2012 |
| Unbelievably Beautiful 09:14:14 | 08/24/2012 | 09/10/2012 | 08/24/2012 |
| Veronica Wet Orgasm 09:09:13 | 10/05/2011 | 11/23/2011 | 08/24/2012 |
| Wild Things 09:35:17 | 10/05/2012 | 10/07/2012 | 10/14/2012 |
| Yoga in the Sky 13:46:49 | 06/27/2012 | 06/29/2012 | 08/24/2012 |
| Young and Hot 22:48:00 | 06/06/2012 | 06/08/2012 | 08/03/2012 |
| Young Passion 15:45:20 | 10/17/2012 | 10/26/2012 | 10/18/2012 |

**Total Statutory Copyright Infringements for Doe #8: 14**

EXHIBIT C

NIL29

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Backstage 12:49:18 | 07/17/2012 | 07/18/2012 | 07/18/2012 |
| Black Lingerie Bliss 11:50:08 | 09/19/2012 | 09/19/2012 | 10/02/2012 |
| Breakfast in Bed 18:15:30 | 04/16/2012 | 04/17/2012 | 04/25/2012 |
| Casual Affair 09:35:59 | 08/01/2012 | 08/05/2012 | 08/10/2012 |
| Classic Beauty 14:10:08 | 09/11/2012 | 09/19/2012 | 10/02/2012 |
| Close to the Edge 16:59:07 | 08/06/2012 | 08/07/2012 | 08/11/2012 |
| Come To My Window 22:31:07 | 07/27/2012 | 07/31/2012 | 08/09/2012 |
| Coucher Avec une Autre Fille 06:56:32 | 08/13/2012 | 08/14/2012 | 08/19/2012 |
| Dangerous Game 11:36:40 | 10/10/2012 | 10/14/2012 | 10/24/2012 |
| Dream Come True 11:21:10 | 07/13/2012 | 07/20/2012 | 07/18/2012 |
| Evening at Home 04:51:27 | 03/21/2012 | 03/22/2012 | 04/02/2012 |
| Evening at Home Part #2 23:55:18 | 04/04/2012 | 04/04/2012 | 04/06/2012 |
| Farewell 07:23:15 | 08/03/2012 | 08/07/2012 | 08/19/2012 |
| First Love 12:44:25 | 09/05/2012 | 09/25/2012 | 09/14/2012 |
| Foot Fetish 06:17:32 | 06/20/2012 | 06/21/2012 | 06/28/2012 |
| Happy Couple 05:51:30 | 06/25/2012 | 06/25/2012 | 06/28/2012 |
| Heaven Sent 17:34:42 | 04/30/2012 | 04/27/2012 | 04/29/2012 |
| House of the Rising Sun 12:18:25 | 09/07/2012 | 09/19/2012 | 09/14/2012 |
| Inspiration 06:19:54 | 08/10/2012 | 08/14/2012 | 08/19/2012 |
| Introducing Diana 23:39:09 | 05/11/2012 | 05/11/2012 | 05/14/2012 |

EXHIBIT C

NIL29

| Title | | |
|---|---|---|
| Introducing Kaylee 23:50:15 | 04/01/2012 04/03/2012 | 04/06/2012 |
| Like a Dove 20:30:04 | 05/23/2012 05/23/2012 | 05/26/2012 |
| Little Lover 18:48:22 | 04/30/2012 05/02/2012 | 05/06/2012 |
| Lovely Lovers 18:53:55 | 04/18/2012 04/18/2012 | 04/25/2012 |
| Lunchtime Fantasy 05:43:40 | 03/19/2012 03/19/2012 | 04/02/2012 |
| Morning Memories 13:54:04 | 09/10/2012 09/19/2012 | 10/02/2012 |
| Morning Tryst 01:31:45 | 07/24/2012 07/25/2012 | 08/10/2012 |
| On My Own 03:05:42 | 06/04/2012 06/08/2012 | 06/28/2012 |
| One Night Stand 19:48:08 | 05/02/2012 05/02/2012 | 05/06/2012 |
| Paradise Found 04:46:16 | 03/25/2012 03/26/2012 | 04/02/2012 |
| Perfect Girls 04:41:08 | 03/28/2012 03/28/2012 | 04/02/2012 |
| Perfect Together 13:42:20 | 08/29/2012 09/19/2012 | 09/14/2012 |
| Photo Fantasy 11:07:40 | 09/28/2012 09/28/2012 | 10/02/2012 |
| Pink Orgasm 04:09:29 | 07/16/2012 07/18/2012 | 07/18/2012 |
| Pretty Back Door Baby 10:56:17 | 05/08/2012 05/10/2012 | 05/11/2012 |
| Private Time 13:18:43 | 07/31/2012 08/21/2012 | 09/14/2012 |
| Pure Grace 23:42:57 | 07/11/2012 07/12/2012 | 07/13/2012 |
| Romantic Memories 21:14:04 | 05/16/2012 05/16/2012 | 05/26/2012 |
| Russian Invasion 11:46:40 | 09/26/2012 09/28/2012 | 10/02/2012 |
| Sapphic Experience 04:57:25 | 06/11/2012 06/14/2012 | 06/28/2012 |
| Side by Side 11:42:27 | 09/03/2012 09/19/2012 | 09/14/2012 |
| Silver Bullets 21:30:14 | 05/13/2012 05/16/2012 | 05/26/2012 |

EXHIBIT C

NIL29

| Title | | | |
|---|---|---|---|
| Slow Motion 20:36:40 | 04/22/2012 | 04/23/2012 | 04/28/2012 |
| Sneak N Peek 04:29:54 | 06/01/2012 | 06/01/2012 | 06/13/2012 |
| Starting Over 14:01:56 | 08/27/2012 | 09/10/2012 | 09/14/2012 |
| Strawberry Blonde 05:02:47 | 06/22/2012 | 06/25/2012 | 06/28/2012 |
| Teenage Dream 04:14:43 | 05/29/2012 | 06/01/2012 | 06/13/2012 |
| This Side of Paradise 11:11:17 | 08/19/2012 | 08/21/2012 | 09/14/2012 |
| Three for the Show 11:11:05 | 09/24/2012 | 09/28/2012 | 10/02/2012 |
| Threes Company 10:34:17 | 08/17/2012 | 08/15/2012 | 09/14/2012 |
| Transcendence 22:44:59 | 07/30/2012 | 07/31/2012 | 08/09/2012 |
| Underwater Lover 14:09:59 | 09/17/2012 | 09/20/2012 | 10/02/2012 |
| Wet Dream 10:16:35 | 07/20/2012 | 07/20/2012 | 07/24/2012 |
| WInfringemente Hot 01:40:34 | 08/02/2012 | 08/05/2012 | 08/10/2012 |
| Wild at Heart 16:39:42 | 04/08/2012 | 04/09/2012 | 04/25/2012 |
| Young and Hot 04:30:20 | 06/06/2012 | 06/08/2012 | 06/28/2012 |
| Young Passion 11:32:47 | 10/17/2012 | 10/26/2012 | 10/24/2012 |

**Total Statutory Copyright Infringements for Doe #9: 57**

EXHIBIT C

NIL29

Doe #10

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Dangerous Game 19:33:32 | 10/10/2012 | 10/14/2012 | 10/18/2012 |
| First Love 23:38:58 | 09/05/2012 | 09/25/2012 | 09/27/2012 |
| Still With Me 20:40:04 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| Three for the Show 02:36:25 | 09/24/2012 | 09/28/2012 | 09/28/2012 |
| Unbelievably Beautiful 23:46:20 | 08/24/2012 | 09/10/2012 | 09/27/2012 |
| Wild Things 23:13:40 | 10/05/2012 | 10/07/2012 | 10/19/2012 |
| Young Passion 06:46:32 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Statutory Copyright Infringements for Doe #10: 7**

Doe #11

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| A Day to Remember 14:57:23 | 10/22/2012 | 10/26/2012 | 11/01/2012 |
| Backstage 04:22:22 | 07/17/2012 | 07/18/2012 | 11/02/2012 |
| Dangerous Game 07:02:49 | 10/10/2012 | 10/14/2012 | 10/26/2012 |
| Slow Motion 06:48:31 | 04/22/2012 | 04/23/2012 | 06/11/2012 |
| Unbelievably Beautiful 00:04:58 | 08/24/2012 | 09/10/2012 | 11/07/2012 |
| Young Passion 23:37:01 | 10/17/2012 | 10/26/2012 | 10/24/2012 |

**Total Statutory Copyright Infringements for Doe #11: 6**

EXHIBIT C

NIL29

Doe #12

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/29/2012 21:57:35 |
| Amazing Grace | 09/14/2012 | 09/19/2012 | 10/02/2012 14:32:13 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/02/2012 14:37:36 |
| Blonde Ambition | 03/05/2012 | 03/06/2012 | 03/07/2012 14:29:16 |
| California Dreams | 03/12/2012 | 03/12/2012 | 03/24/2012 13:30:17 |
| Carmen An Afternoon to Remember | 02/13/2012 | 02/17/2012 | 03/09/2012 17:35:07 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/11/2012 14:22:39 |
| Connie True Love | 02/08/2012 | 02/17/2012 | 02/24/2012 12:29:09 |
| Coucher Avec une Autre Fille | 08/13/2012 | 08/14/2012 | 09/26/2012 13:56:31 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/13/2012 05:12:42 |
| Flexible Beauty | 10/19/2012 | 10/26/2012 | 10/30/2012 10:35:22 |
| Girls Night Out | 11/14/2011 | 11/23/2011 | 11/26/2011 15:59:06 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 10/29/2012 21:58:37 |
| Introducing Diana | 05/11/2012 | 05/11/2012 | 05/22/2012 22:05:23 |
| Introducing Veronika | 02/17/2012 | 02/21/2012 | 03/09/2012 17:40:00 |
| Like a Dove | 05/23/2012 | 05/23/2012 | 06/01/2012 14:27:34 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 03/09/2012 17:40:00 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 03/24/2012 13:30:18 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/18/2012 21:07:54 |
| One Night Stand | 05/02/2012 | 05/02/2012 | 05/05/2012 22:12:52 |

EXHIBIT C

NIL29

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Pretty Back Door Baby 15:53:00 | 05/08/2012 | 05/10/2012 | 05/09/2012 |
| Romantic Memories 21:47:44 | 05/16/2012 | 05/16/2012 | 05/22/2012 |
| Russian Invasion 00:47:22 | 09/26/2012 | 09/28/2012 | 10/03/2012 |
| Silvie Eufrat Strip Poker 14:28:52 | 02/06/2012 | 02/17/2012 | 03/07/2012 |
| Slow Motion 21:36:52 | 04/22/2012 | 04/23/2012 | 05/05/2012 |
| Sneak N Peek 00:35:20 | 06/01/2012 | 06/01/2012 | 06/05/2012 |
| Still With Me 05:54:18 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| Teenage Dream 14:19:14 | 05/29/2012 | 06/01/2012 | 06/03/2012 |
| Wild Things 05:22:09 | 10/05/2012 | 10/07/2012 | 10/13/2012 |
| Young and Hot 14:20:14 | 06/06/2012 | 06/08/2012 | 06/07/2012 |
| Young Passion 10:45:51 | 10/17/2012 | 10/26/2012 | 10/30/2012 |

**Total Statutory Copyright Infringements for Doe #12: 31**

Doe #13

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Amazing Grace 17:20:59 | 09/14/2012 | 09/19/2012 | 10/12/2012 |
| LA Love 05:06:24 | 03/22/2010 | 05/23/2012 | 06/13/2012 |
| Lunchtime Fantasy 07:47:28 | 03/19/2012 | 03/19/2012 | 03/31/2012 |
| Slow Motion 07:10:53 | 04/22/2012 | 04/23/2012 | 05/06/2012 |
| Young Passion 20:47:00 | 10/17/2012 | 10/26/2012 | 10/23/2012 |

**Total Statutory Copyright Infringements for Doe #13: 5**

EXHIBIT C

NIL29