IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 12 cv 9719 |
| | ) | |
| vs | ) | Judge St. Eve |
| | ) | |
| JOHN DOES 1 - 13 | ) | |
| | ) | |
| Defendants | ) | |

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **December 18, 2012 at 8:30 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Amy J. St. Eve or any judge sitting in her stead in **Courtroom 1241** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE

_____
**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz          Date: December 10, 2012

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510