UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: <u>1:12-cv-09719</u> |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-13, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOES 2, 3, 4, 6, 7, 8, 9, 10, 11 & 12**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 2, 3, 4, 6, 7, 8, 9, 10, 11 &12 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 76.217.13.8, 99.40.244.52, 99.94.149.102, 108.207.98.110, 99.22.30.153, 99.37.177.55, 108.197.21.21, 108.212.96.8, 75.27.122.15 and 99.126.242.58, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 10, 2013

                                                       Respectfully submitted,

                                                       SCHULZ LAW, P.C.

By:    /s/ *Mary K. Schulz*
         Mary K. Schulz, Esq.
         1144 E. State Street, Suite A260
         Geneva, Il 60134
         Tel: (224) 535-9510

        Fax:  (224) 535-9501
        Email:  schulzlaw@me.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:    /s/ *Mary K. Schulz*
                   Mary K. Schulz, Esq.