## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

        Plaintiff,

v.               Case No.: 1:12–cv–09719
               Honorable Amy J. St. Eve

John Does 1–13

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2013:

  MINUTE entry before Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of voluntary dismissal, defendants John Does 2, 3, 4, 6, 7,8, 9, 10, 11 & 12 are dismissed without prejudice. This case is hereby dismissed. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.